In Re: **In the Matter of the Complaint of KIRBY INLAND MARINE LP, as demise charterer of the T/B Kirby 7304, Petitioning for Exoneration from or Limitation of Liability**

**Rebecca A. Cunard, Appellant**

v.

**Donna Unkel Grodner; Stephen M. Irving, Appellees.**

**No. 08–31170.**

United States Court of Appeals, Fifth Circuit.

Oct. 12, 2009.

Donna Unkel Grodner, Grodner & Associates, Baton Rouge, LA, pro se.

Stephen M. Irving, Steve Irving LLC, Baton Rouge, LA, pro se.

Before REAVLEY, JOLLY, and WIENER, Circuit Judges.

PER CURIAM: *

After review of the briefs and record, and consideration of oral argument, we conclude that the magistrate judge thoroughly considered the recommendation made by the lead attorneys, fairly considered the objections thereto, and committed no reversible error in his decision. We AFFIRM.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.